IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Kevin Campbell, Chapter 7 Trustee, | ) | C/A No. 2:06-CV-3283-DCN |
| | ) | C/A No. 2:07-CV-2992-DCN |
| | ) | |
| Alan Grayson and the AMG Trust, | ) | C/A No. 2:07-CV-593-DCN |
| | ) | |
| General Holding, Inc., | ) | C/A No. 2:06-CV-1121-DCN |
| | ) | |
| Robert G. Sabelhaus and Melanie R. Sabelhaus, | ) | C/A No. 2:07-CV-790-DCN |
| | ) | |
| Newton Family LLC, | ) | C/A No. 2:07-CV-2964-DCN |
| | ) | |
| WCN/GAN Partners, Ltd., | ) | C/A No. 2:07-CV-2965-DCN |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Charles Cathcart, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant Yuri Debevc's pro se motion for payment by the United States of the cost of the trial transcript. An appellant proceeding on appeal in forma pauperis is entitled to transcripts at government expense only if the trial judge or a circuit judge certifies that the appeal is not frivolous but presents a substantial question. 28 U.S.C. § 753(f). The court **DENIES** Mr. Debevc's motion without prejudice and directs him to file his request for a transcript with the United States Court of Appeals for the Fourth Circuit.

1

**AND IT IS SO ORDERED**.

_____
**DAVID C. NORTON
CHIEF UNITED STATES DISTRICT JUDGE**

**July 9, 2010
Charleston, South Carolina**